**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JASON THOMAS WILSON,**

    **Plaintiff,**

vs.                                                **Case No. 4:07cv28-SPM/WCS**

**TALLAHASSEE POLICE
DEPARTMENT, et al.,**

    **Defendants.**

                                        /

## REPORT AND RECOMMENDATION

In an order entered April 4, 2007, Plaintiff was directed to file an amended complaint. Doc. 10. On April 30, 2007, Plaintiff's copy of that order was returned to the Clerk's office marked "Attempted - Not Known." Doc. 11. A check with Leon County Jail revealed that Plaintiff had been released from custody and a records check showed 1418 Branch Street, Tallahassee, Florida 32301 to be his forwarding address. On May 2, 2007, an order was entered directing the clerk to re-mail a copy of the previous order to Plaintiff's forwarding address. Doc. 12. On May 8, 2007, Plaintiff's copy of that order was again returned to the clerk undelivered. Doc. 13. To date, Plaintiff has not notified the court of a new address.

It is Plaintiff's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address.  As the last document filed by Plaintiff was six weeks ago, and he has not notified this court of any change of address, this case should be dismissed for want of prosecution.  Since Plaintiff has not furnished the court with a new address, it is doubtful that he will even receive a copy of this report and recommendation.  In the event the Plaintiff does receive a copy of this report and recommendation, the court will allow him an opportunity to show cause why this report and recommendation should be vacated, failing which, the Clerk shall be directed to forward the report and recommendation to the assigned district judge.

It is therefore **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE**.

**IN CHAMBERS** at Tallahassee, Florida on May 9, 2007.

s/ William C. Sherrill, Jr.
WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:07cv28-SPM