IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JASON THOMAS WILSON,**

    **Plaintiff,**

**vs.**                                       CASE No.: 4:07-CV-028-SPM/WCS

**TALLAHASSEE POLICE**
**DEPARTMENT, et. al.,**

    **Defendants.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**
**AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 14) dated May 9, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed, presumably because all court mail has been returned from Plaintiff's last known institution, and Plaintiff has not filed a change of address with the court.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 14) is adopted and incorporated by reference in this order.

2.	This case is hereby *dismissed* without prejudice for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this <u>fifteenth</u> day of June, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge